IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROSY ESPRECION THOMAS, | ) | CV 21-00431 LEK-WRP |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, ET AL., | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Amended Findings and Recommendation having been filed on December 14, 2021 and served on Rosy Esprecion Thomas on December 15, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Order Denying Plaintiff's Motion to Reconsider; Amending Findings and Recommendation to Deny Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, December 30, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**ROSY ESPRECION THOMAS VS. INTERNAL REVENUE SERVICE, ET AL; CV 21-00431 LEK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**