IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROSY ESPRECION THOMAS, | CV 21-00431 LEK-WRP |
| Plaintiff, | |
| vs. | |
| INTERNAL REVENUE SERVICE, SOCIAL SECURITY ADMINISTRATION, | |
| Defendants. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on February 4, 2022 and served on all parties on February 7, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Action", ECF No. 11 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, March 30, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge